IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| HILLCREST LABORATORIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NINTENDO CO., LTD. ) <br> and ) <br> NINTENDO OF AMERICA INC., ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 08-02188 RWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hillcrest Laboratories, Inc. and Defendants Nintendo Co., Ltd. and Nintendo of America Inc., pursuant to Federal Rule 41(a), hereby agree and stipulate to a dismissal with prejudice of all claims brought against Defendants in this action, with each party to bear its own costs, and respectfully request that the Court enter an order of dismissal with prejudice.

Dated: October 14, 2009

_____/s/_____
Lawrence L. Ilag (Md. Bar No. 16882)
J. Michael Jakes
Christine E. Lehman
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400
larry.ilag@finnegan.com

*Attorneys for Plaintiff*

_____/s/_____
Anna C. Haac (MD. Bar No. 28383)
(signed by Lawrence L. Ilag with
permission of Defendants' counsel)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue., NW
Washington DC 20004
Tel: (202) 662-6000
Fax: (202) 662-6291
ahaac@cov.com

*Attorney for Defendant*